1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  in re JEBERIAH MOORE,            )        No. C 12-2013 RMW (PR)
                                     )
12         Plaintiff,                )        ORDER OF DISMISSAL
                                     )
13                                   )
                                     )
14                                   )
                                     )
15                                   )
   _____)
16

17   On April 23, 2012, plaintiff, a California state prisoner, filed a letter which commenced
18 this action. Plaintiff has filed a letter with the court requesting that this action be dismissed.
19 Plaintiff may voluntarily dismiss his complaint with or without order of this court. See Fed. R.
20 Civ. P. 41(a)(1)(A); 41(a)(1)(B). Said dismissal may be with or without prejudice, but unless
21 plaintiff's notice of dismissal or the court order states otherwise, it is deemed to be "without
22 prejudice." See Fed. R. Civ. P. 41(a)(1)(B). Because the opposing parties have not been served,
23 plaintiff's request for voluntary dismissal is construed as a "notice of dismissal," and requires no
24 order from the court. See Fed. R. Civ. P. 41(a)(1)(A)(i).

25   Accordingly, this action is DISMISSED without prejudice. The Clerk shall close the file.
26   IT IS SO ORDERED.
27 DATED: _____                    /s/ Ronald M. Whyte
                                            RONALD M. WHYTE
28                                          United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Rmw\CR.12\Moore2013VolDis.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE JEBERIAH MOORE,

        Plaintiff,

  v.

IN RE JEBERIAH MOORE et al,

        Defendant.

Case Number: CV12-02013 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeberiah Moore AC-5181/WB-239L
P. O Box 705
Soledad, CA 93960

Dated: July 11, 2012

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk